## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: <u>Charles B. Swartwood, III</u> | Date: <u>February 13, 2004</u> |
| Courtroom Clerk: <u>Roland</u> | Time In Court: <u>15 min</u> |
| Case: USA v. <u>Ouajdi Ben-Mrad & John Doe</u> | Case Number: <u>04-1639-CBS</u> |
| AUSA: <u>Pellegrini</u> | Defense Counsel: <u>Fernandez & Fried</u> |
| PTSO/PO: <u>September</u> | Recording Time: <u>4:02 P</u> Interpreter:<u>Lama, Tibet</u> |

## TYPE OF HEARING

| | |
|---|---|
| [X] **Initial Appearance**<br>[X]   Arrested:   [X] on warrant   [ ] on probable cause<br>[ ]   Defendant Sworn<br>[X]   Advised of Charges<br>[X]   Advised of Rights<br>[X]   Requests Appointment of Counsel<br>[ ]   Retained Counsel<br>[X]   Court Orders Counsel be Appointed<br>[X]   Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts_____<br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District.<br>       Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on unsecured bond with Conditions |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] _____ Status Conference<br>[ ] Other _____ |

## CONTINUED PROCEEDINGS

<u>  P/C & Detention  Hearing</u> Date:_____   at__pm____

## REMARKS

  Case called, Counsel  and Defendants appear for Initial Appearance, Financial Affidavits filed, Gov't requests

detention, Case continued, Defendants remanded to the custody of the US Marshal