✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

United States

V.

Ouajdi Ben-Mrad & John Doe

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1639-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY Pellegrini | DEFENDANT'S ATTORNEY Fried, Fernandez |
|---|---|---|
| TRIAL DATE (S) 02/23/04 | COURT REPORTER 11:18 a.m. | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | Witnesses |
| X |   | 2/23/2004 |   |   | Jon Murphy, U.S. Secret Service |
|   |   |   |   |   |   |
|   |   |   |   |   | <u>Exhibit</u> |
| 1 |   | 2/23/2004 |   | X | Complaint Affidavit |
| 2 |   |   |   | X | Miranda Waiver and statement of Ben-Mrad |
|   | A | 2/23/2004 |   | X | John Doe, Immigration Status Papers |
|   |   |   |   |   |   |
|   |   |   |   |   | <u>Witness</u> |
|   | X | 2/23/2004 |   |   | Magnoury Lama (John Doe) |
|   | X | 2/23/2004 |   |   | Mrs. Ben-Mrad (Ben-Mrad) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages