IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 28 P 2:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | Count One: 18 U.S.C. §1029(a)(2) (Trafficking in Access Devices) |
| v. | |
| OUAJI BEN-MRAD | CR-04-10169-NG |

**INFORMATION**
**COUNT ONE**
**18 U.S.C. §1029(a)(2)**
**(Trafficking in Access Devices)**

The United States Attorney charges:

On or about and between June of 2003 and continuing until at least February of 2004, the exact dates being unknown, at Hyannis, in the District of Massachusetts,

**OUAJI BEN-MRAD**

the defendant herein, did knowingly and with intent to defraud, traffic in one or more unauthorized access devices during a one-year period, and by such conduct obtained something of value, to wit, money, aggregating $1,000 or more during this period.

All in violation of 18 U.S.C. §1029(a)(2) and 18 U.S.C. §2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney