AO 455 (Rev. 5/85)   Waiver of Indictment

*filed in open Court 7/19/04*

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Ouaji Ben-Mred

WAIVER OF INDICTMENT

CASE NUMBER: 04-10169-NG

I, *Ouaji Ben-Mred*, the above named defendant, who is accused of *a violation of 18 U.S.C. § 1029(c)(2)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *July 19, 2004* 
Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer