
M



# MEMORANDUM

**To:** Honorable Nancy Gertner, U.S. District Court Judge
**From:** Martin Flynn, Officer-in-Charge
**Re:** **Ouajdi Ben-Mrad, Dkt: 1:04-CR-10169-01**

**RECOMMENDATION TO TERMINATE SUPERVISION WITHOUT ENTIRE RESTITUTION BEING PAID AND REQUEST TO SHARE FINANCIAL INFORMATION WITH THE FINANCIAL LITIGATION UNIT OF THE U.S. ATTORNEY'S OFFICE**

**Date:**  March 6, 2006

On October 4, 2004, the above referenced defendant appeared before Your Honor. Having previously pled guilty to Trafficking in Access Devices, he received a sentence of Time Served, followed by two years supervised release. The defendant was ordered to pay restitution in the amount of $138,350.74 and a special assessment of $100

As of this writing, Mr. Ben-Mrad submits at least ten percent of his monthly gross income (approximately $150) towards his outstanding restitution. Despite his limited financial means, the defendant has demonstrated a good faith effort by making consistent monthly payments. In light of the defendant's overall compliance with his conditions of supervision, the Probation Office recommends that his sentence of supervised release be terminated on schedule, despite the fact that much of the restitution he owes will remain outstanding. In addition, Probation requests permission from the Court to share the defendant's financial information with the Financial Litigation Unit of the U.S. Attorney's Office.

If Your Honor concurs with these two recommendations, please so indicate below.

Reviewed and Approved:

Martin Flynn
Officer-in-Charge

The defendant may terminate from supervision with outstanding restitution, and Probation has permission to share the defendant's financial information with the FLU.

*[signature]*
Honorable Nancy Gertner
U.S. District Court Judge
3/23/06